# PAUL L. CAMES
**CHAPTER 7 TRUSTEE**
**PO BOX 8499**
**WARNER ROBINS GA 31095**

**(478) 922-0922**
**FAX (478) 929-2568**

**JOEL M. BOOKS**
Executive Assistant

**KAREN A. RESLIE**
Financial Administrator

September 24, 2009

US BANKRUPTCY COURT
PO Box 1957
Macon GA 31202

  Re: JONES, LARRY E,
     Chapter 7 Case No. 02-12497

Dear Clerk:

  Enclosed please find a check in the amount of $2,510.25 for full and final payment of claim number 13, J.R. Odom in the above case. As funds were not claimed after three months, they are being turned over to you. If you have any questions or wish to discuss this, please call me at the above number.

              Sincerely,

              <u>/s/ Paul L. Cames</u>
           by: PAUL L. CAMES
              Chapter 7 Trustee

PLC/kar